AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, Linda T. | U.S. District Court, Atlanta | 05/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

1856 U.S. COURTHOUSE
75 TED TURNER DR., S.W.
ATLANTA, GEORGIA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Linda T. | 05/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | EcoScribe Solutions - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Linda T. | 05/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Linda T. | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Associated Credit Union Cash Accounts | A | Interest | J | T | | | | | |
| 2.  Bank of America Cash Accounts | A | Interest | J | T | | | | | |
| 3.  American Income Fund of America | A | Int./Div. | J | T | | | | | |
| 4.  Hartford Capital Appreciation Fund | A | Int./Div. | J | T | | | | | |
| 5.  Hartford Dividend & Growth\ Fund | A | Int./Div. | J | T | | | | | |
| 6.  MFS Moderate Allocation Cl A | A | Int./Div. | J | T | | | | | |
| 7.  MFS Moderate Allocation Cl C | A | Int./Div. | J | T | | | | | |
| 8.  Cigam 529 Mod Gr & Inc Prt C | A | Int./Div. | J | T | | | | | |
| 9.  Oneok Inc. New Com | A | Interest | J | T | Buy | 05/04/20 | J | | |
| 10. Southwest Airlines Company | A | Dividend | | | Buy | 05/04/20 | J | | |
| 11. | | | | | Sold | 07/30/20 | J | | |
| 12. IShares Gold Trust | A | Int./Div. | J | T | Buy | 06/01/20 | J | | |
| 13. | | | | | Sold (part) | 06/12/20 | J | | |
| 14. IShares Barclays 7-10 Year Treasury Bond FD | A | Int./Div. | J | T | Buy | 06/01/20 | J | | |
| 15. IShares Barclays 10-20 Year Treasury Bond FD | A | Int./Div. | J | T | Buy | 06/01/20 | J | | |
| 16. Eldorado Resorts, Inc. | A | Int./Div. | J | T | Buy | 05/04/20 | J | | |
| 17. Caesars Entmt Inc New | A | Interest | J | T | Buy | 05/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, Linda T.** | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 08/18/20 | J | | |
| 19. Apple, Inc. Common | A | Int./Div. | J | T | Buy | 08/18/20 | J | | |
| 20. Tesla Inc Common | A | Interest | J | T | Buy | 08/18/20 | J | | |
| 21. SECTOR SPDR TR SHS BEN INT-Energy | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 22. Pfizer Inc Common | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 23. Omnicom Group Inc Common | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 24. Boeing Co Com | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 25. CVS Health Corp Commom | A | Interest | J | T | Buy | 12/28/20 | J | | |
| 26. Sabre Corp Common | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 27. Macerich Co Com | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 28. American Airlines | A | Interest | J | T | Buy | 12/28/20 | J | | |
| 29. General Dynamics Corp Common | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 30. Equity Residential Shares Befeneficial Int | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 31. American Bond Fund of America | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 32. Met West Total Return Bond CL Plan | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 33. Met West Total Return Bond CL | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 34. PGIM Global Total Return CL R6 | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walker, Linda T.** | 05/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PGIM Total Return Bond CL R6 | A | Int./Div. | J | T | Buy | 12/28/20 | J | | |
| 36. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The GE Global Ins. Holdings listed on line 3 of my prior report was sold on April 22, 2015. I unknowingly continued to list the bond as an asset on my reports. On the same day, April 22. 2015, the proceeds of the sell were used to purchase the American Income Funds of America.(listed on line 3, of this report), the MFS Moderate Allocation A (listed on line 6) and the MFS Allication C (listed on line 7).

The Edward Jones Cash Account listed on line 7 of my prior report has been removed, as it no longer meets the reporting requirements.

The American Fds. Ptf. Bal. Fd. Cl 529-C listed on line 8 of my prior report is now listed as Cigam 529 Med. Gr. & Inc. Prt. C. I have been informed that the Cigam is the offcial name for the Amercian funds.

The Amerian Fds. Ptf. Bal. Fd. Cl. 528-C listed as a partial sell on 08/20/19 (line 9 of my prior report) has been removed becuase it was a sold on that date. I inadvertently listed it as a partial sell. The sell date and the value code remain the same as that listed for the partial sell on my prior report.

My prior report did not include several stock and mutual fund purchases because I was unaware of them. I recently learned that on May 29, 2019, several assets were purchased from a pre-tax rollover from a previous employer. Those assets are listed below:


Asset    Amt  Type Value Code Value Method    Type  Date Value

Account 1
-AltriaGroup, Inc.   A Int./Div. J T      Buy 05/29/19 J
--Anheuser Busch Inbev SA/NV  A Int//Div. J T     Buy 05/29/19 J
-AT&T Inc.       A Int./Div. J T     Buy 05/29/19 J
-American AMCAP A   A Int./Div. J T     Buy 05/29/19 J
-American Bond Fund of Amer A  A Int./Div/ J T     Buy 05/29/19 J
-American High-Income Trust  A Int./Div/ J T     Buy 05/29/19 J
-American Int BD Fd of Amer A  A Int./Div. J T     Buy 05/29/19 J
-American New Perspective A  A Int./Div. J T     Buy 05/29/19 J
-Anerican New World A   A Int./Div. J T     Buy 05/29/19 J
-Am Short-Trm BD Ofamer A  A Int./Div. J T     Buy 05/29/19 J
-American SMALLCAP World A  A Int./Div. J T      Buy 05/29/19 J
-American Wash Mutual INV A  A Int./Div. J T      Buy 05/29/19 J


I was unaware of the rollover or the acquistion of those assets when I filed my prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda T. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544